# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALLIANCE OF LOS ANGELES COUNTY
PARENTS

PLAINTIFF(S)

v.

COUNTY OF LOS ANGELES DEPARTMENT OF
PUBLIC HEALTH

DEFENDANT(S).

CASE NUMBER:

2:22–cv–05952

**NOTICE TO FILER OF DEFICIENCIES IN
ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed             Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the
required PDF version of any initiating document, such as a complaint or notice of removal.
You must file an initiating document within two business days of this notice or the docket for
this case number will be closed.

A case–initiating document was submitted without payment of the full filing fee. Within two
business days of this notice, counsel must pay the filing fee or file a request to proceed in
forma pauperis; otherwise, the docket for this case number will be closed and no further filings
will be permitted under this case number. The filing fee may be paid online by docketing the
event "Pay Filing Fee."

*Other Error(s):*

Clerk, U.S. District Court

Dated: __August 23, 2022__                    By: __/s/ Geneva Hunt  geneva_hunt@cacd.uscourts.gov__
                                                        Deputy Clerk